## RECONSIDERATION DOCKET

**95–1134.** State v. Szefcyk. *Lorain County,* No. 94CA005928. Reported at 74 Ohio St.3d 1403, 655 N.E.2d 183. On motion for reconsideration. Motion granted; *sua sponte,* discretionary appeal allowed.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**95–1149.** Martin v. Bedford Hts. Civ. Serv. Comm. *Cuyahoga County,* No. 67513. Reported at 74 Ohio St.3d 1403, 655 N.E.2d 183. On motion for reconsideration. Motion denied.

**95–1161.** State v. Kuehne. *Hamilton County,* No. C–940363. Reported at 74 Ohio St.3d 1403, 655 N.E.2d 183. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**95–1237.** State v. Lawson. *Clermont County,* No. CA94–07–053. Reported at 74 Ohio St.3d 1404, 655 N.E.2d 184. On motion for reconsideration. Motion denied.

**95–1240.** State v. Hutchinson. *Montgomery County,* No. CA 13993. Reported at 74 Ohio St.3d 1409, 655 N.E.2d 187. On motion for reconsideration. Motion denied.

**95–1343.** State v. Murphy. *Marion County,* No. 9–94–52. Reported at 74 Ohio St.3d 1405, 655 N.E.2d 184. On motion for reconsideration. Motion denied.

**95–1621.** Avon Lake Subscribers of Century Tel. Co. of Ohio, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 93–911–TP–PEX. Reported at 74 Ohio St.3d 1401, 655 N.E.2d 181. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**95–1679.** State ex rel. Ricchiuto v. Reagan. Reported at 74 Ohio St.3d 11, 655 N.E.2d 1298. On motion for reconsideration. Motion denied.

MOYER, C.J., and COOK, J., dissent.

**95–1742.** State v. Dalzell. *Greene County,* No. 94–CA–77. Reported at 74 Ohio St.3d 1407, 655 N.E.2d 186. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.